# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## ST. THOMAS AND ST. JOHN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:2025-cv-00050 |
| Plaintiff, | |
| v. | |
| THE GOVERNMENT OF THE VIRGIN ISLANDS, THE VIRGIN ISLANDS POLICE DEPARTMENT, and MARIO BROOKS, in his official capacity as Police Commissioner of the Territory of the Virgin Islands, | |
| Defendants. | NOTICE |

## NOTICE OF FILING SUMMONSES

Plaintiff the United States of America through its attorneys, hereby files this notice of filing three summonses to be issued by the Clerk of the District Court for service of process on the following defendants:

(1) The Government of the Virgin Islands and the Virgin Islands Police Department to be served through:

    i.    The Governor of the Virgin Islands-The Honorable Albert Bryan, Jr. through the Governor's Legal Counsel; and

    ii.    The Virgin Islands Attorney General-The Honorable Gordon C. Rhea, Esq. and

(2) Mario Brooks, in his official capacity as Police Commissioner, through Legal Counsel for the Virgin Islands Police Department.

The three summonses are attached to this notice.

Respectfully submitted,

**ADAM F. SLEEPER**
United States Attorney

Dated: January 7, 2026    By:    /s/ Angela P. Tyson-Floyd
Assistant U.S. Attorney
U.S. Attorney's Office
1108 King Street, Suite 201
Christiansted, VI 00820
(340) 773-3920
angela.p.tyson-floyd@usdoj.gov