Form VI-AO 440 (Rev. 8/19/15)  Summons in a Civil Action

# DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF    ☒ ST. THOMAS/ST. JOHN    ☐ ST. CROIX

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) |  |
| *Plaintiff(s)* | ) | Civil Action No.    3:2025-cv-00050 |
| v. | ) |  |
| THE GOVERNMENT OF THE VIRGIN ISLANDS, THE VIRGIN ISLANDS POLICE DEPARTMENT, and MARIO BROOKS, in his official capacity as Police Commissioner of the Territory of the Virgin Islands, | ) ) ) ) ) |  |
| *Defendant(s)* | ) |  |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    The Honorable Albert Bryan, Jr.
    Governor of the Virgin Islands
    of the United States
    c/o Richard T. Evangelista,
    Chief Legal Counsel
    5047 (21-22) Kongens Gade
    St. Thomas, VI 00802

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: *(Plaintiff's name and address or the name and address of plaintiff's attorney)*

        Angela P. Tyson-Floyd, Assistant U.S. Attorney
        Ron de Lugo Federal Building & Courthouse
        5500 Veterans Drive, Suite 260
        St. Thomas, VI 00802

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                  *Signature of Clerk or Deputy Clerk*

Form VI-AO 440 (Rev. 8/19/15)  Summons in a Civil Action (Page 2)

Civil Action No.     3:2025-cv-00050

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

_____