**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.

THE GOVERNMENT OF THE VIRGIN
ISLANDS, THE VIRGIN ISLANDS
POLICE DEPARTMENT, AND MARIO
BROOKS, in his official capacity as Police
Commissioner of the territory of the Virgin
Islands,

                    Defendants.

Case No. **3:2025-CV-00050**

## MOTION FOR EXTENSION OF TIME

Plaintiff, the United States of America ("USA"), by and through its attorneys, Adam Sleeper, United States Attorney for the District of the Virgin Islands, and Angela Tyson-Floyd, Assistant United States Attorney, submit this Motion to extend by 14 days the deadlines in the Court's March 2, 2026, Order Setting Rule 16 Conference. (Dkt. No. 14.). Pursuant to Local Rule of Civil Procedure 7.1(e), Plaintiff's counsel sought from all three Defendants consent to the relief sought herein through the Attorney General of the U.S. Virgin Islands, who informed Plaintiff's counsel that Defendants do not oppose the Court extending the deadlines but believe the deadlines should be extended by 90 days, rather than 14 days. The Attorney General of the U.S. Virgin Islands has consented to service by email of this motion and the accompanying proposed order.

Plaintiff initiated these proceedings with a Complaint filed December 16, 2026. (Dkt. No. 1.). On February 6, 2026, Christopher M. Timmons, Assistant Attorney General from the Virgin Islands Department of Justice, entered a Notice of Appearance as counsel for Defendants. (Dkt. No. 11.). Also on February 6, 2026, Defendants filed an Answer. (Dkt. No. 12.). On February 19,

United States v. Government of the Virgin Islands, et al., 3:25-cv-00050
Plaintiff's Discovery Memorandum
Page 2

2026, Mr. Timmons filed a Motion for Leave to Withdraw as Counsel. (Dkt. No. 13.). In the Motion to Withdraw, Mr. Timmons stated that "the Virgin Islands Department of Justice continues to represent [Defendants] and will promptly assign an Assistant Attorney General to appear." *Id*. On March 2, 2026, the Court granted Mr. Timmons' Motion for Leave to Withdraw as Counsel and ordered Defendants to substitute counsel no later than April 2, 2026. (Dkt. No. 15.). Also on March 2, 2026, the Court issued the Order Setting Rule 16 Conference, which requires the parties to make their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than March 25, 2026, and to meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than March 27, 2026. (Dkt. No. 14.). The Order also requires the parties to file a joint proposed scheduling plan and a discovery memorandum no later than April 15, 2026, in advance of the scheduling conference the Court set for April 17, 2026.

To date, new counsel has not filed a notice of appearance for Defendants and therefore there is currently no attorney of record for Defendants in this case. April 2, 2026, the date by which Defendants must substitute counsel pursuant to the Court's Order granting Mr. Timmons' Motion for Leave to Withdraw as Counsel, is after the dates by which the Order requires counsel for both sides to effectuate initial disclosures and meet and confer. A short extension of time will ensure that those dates fall after the deadline for new counsel for Defendants to appear in the case.

For the reasons explained above, Plaintiff respectfully requests that the Court grant this motion to extend the deadlines in the Court's Order Setting Rule 16 Conference by 14 days to ensure that those deadlines fall after the deadline for new counsel for Defendants to appear.

United States v. Government of the Virgin Islands, et al., 3:25-cv-00050
Plaintiff's Discovery Memorandum
Page 3

DATED: March 24, 2026

ADAM SLEEPER
United States Attorney


/s Angela P. Tyson-Floyd
ANGELA P. TYSON-FLOYD
Assistant United States Attorney
1108 King Street, Suite 201
Christiansted, VI 00820
340-713-4863
angela.p.tyson-floyd@usdoj.gov

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

ANDREW M. DARLINGTON
Acting Chief
Second Amendment Section

GREGORY DOLIN
Senior Counsel

WILLIAM J. HANRAHAN
AUSTIN FULK
Trial Attorneys
Second Amendment Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA