**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISON OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:2025-CV-00050 |
| | ) |
| v. | ) |
| | ) |
| THE GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| VIRGIN ISLANDS POLICE DEPARTMENT, AND | ) |
| MARIO BROOKS, in his official capacity as Police | ) |
| Commissioner of the Territory of the Virgin Islands, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION TO EXTEND RULE 16
## DATES SET FORTH IN ECF. NO. 21

COME NOW, the Government of the Virgin Islands, Virgin Islands Police Department, and Mario Brooks, in his official capacity as Police Commissioner of the Territory of the Virgin Islands (hereinafter "Government") and hereinafter respectfully requests an extension of Rule 16 dates set forth in ECF No 21. Counsel states that I have had an opportunity to review the Court's docket and note that at ECF # 21, which granted the USA's unopposed motion and set certain Rule 16 deadlines in this matter.

By way of background, the VIDOJ Civil Division has lost two of its senior Civil Division litigators in the past two months and as such the Division is severely short-staffed. All pending matters have been reassigned to remaining counsel. Undersigned assigned counsel is legitimately concerned that, given reassignment and other pending matters, I will be unable to comply with the court-imposed deadlines and wishes to request more reasonable deadlines regarding discovery. Additionally, the undersigned previously scheduled to be off-island on personal matters and unavailable between April 28 - May 6, 2026, and June 29- July 8, 2026.

USA v. GVI/VIPD/Brooks
Case No. 3:2025-cv-00050
Motion to Extend Rule 16 Deadlines
Page 2 of 3

In that vein, I will be seeking an extension of present discovery deadlines as trying to operate within those deadlines is virtually impossible. Accordingly, I request that the Court consider extending the Rule 16 conference dates as follows.

Deadline for counsel to meet and confer pursuant to Fed. R. Civ. P. 26(f): May 15, 2026
Deadline to submit a joint proposed scheduling plan: June 1, 2026
Deadline to submit a discovery memorandum: June 29, 2026
Scheduling Conference: to a date certain after July 10, either remotely or in person.

Counsel has contacted the counsel for USA regarding an extension of deadlines and as of the filing of this motion, has received no response. Counsel does not believe the USA will not be prejudiced by this brief extension of time.

Based on the foregoing, the Government respectfully requests that the Motion to Extend Rule 16 Conference dates set forth in ECF #21 be GRANTED.

**DATED: April 1, 2026**

**RESPECTFULLY SUBMITTED,**
**GORDON C. RHEA, ESQ.**
**ATTORNEY GENERAL**

**BY:**    **/s/Ariel M. Smith**
**ARIEL M. SMITH, ESQ.**
Assistant Attorney General
Bar No. 532
V.I. Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802
Phone: (340) 774-5666
E: ariel.smith@doj.vi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I have caused an exact copy of the foregoing to be served electronically through the e-filing system upon the following counsel of record:

Angela P. Tyson-Floyd

USA v. GVI/VIPD/Brooks
Case No. 3:2025-cv-00050
Motion to Extend Rule 16 Deadlines
Page 3 of 3

      Assistant United States Attorney
      Civil Chief & Financial Lit. Coordinator
      1108 King Street, Suite 201
      Christiansted, VI 00820
      Email: angela.p.tyson-floyd@usdoj.gov


      /s/ Ariel M. Smith_____