# Exhibit A





# Government of
## The United States Virgin Islands
– o –
### VIRGIN ISLANDS POLICE DEPARTMENT
### OFFICE OF THE POLICE COMMISSIONER

**LT. JORGE L. GONZALEZ**
**FIREARMS SUPERVISOR**

ALEXANDER A. FARRELLY
JUSTICE CENTER
CHARLOTTE AMALIE
ST. THOMAS, V.I. 00802
(340) 774-2310

LEANDER JURGEN
COMMAND
CRUZ BAY
ST. JOHN, V.I. 00830
(340) 693-8880

POLICE OPERATIONS AND
ADMINISTRATIVE
SERVICES
# 45 MARS HILL,
FREDERIKSTED
ST. CROIX, V.I. 00841

PATRICK SWEENEY
HD'QTRS.
RR-02, KINGHILL
ST. CROIX V.I. 00850
(340) 778-2211

**DATE: December 9, 2025**

## FIREARM RELEASE COUPON

I HEREBY GRANT permission **JULIO KING II** firearm, with magazine(s) not to exceed 10 rounds.

| MAKE | CALIBER | TYPE | MODEL | SERIAL NUMBER |
|---|---|---|---|---|
| ████ | ████ | PISTOL | ████ | UNKNOWN |

**JULIO KING II**  2/25/26  DATE

**MARIO BROOKS**
Police Commissioner  12/18/2025  DATE

FACSIMILE: (340) 714- 9820 ST. THOMAS • (340) 778-1193 ST. CROIX • (340) 776-6236 ST. JOHN