# Exhibit B




Government of
The United States Virgin Islands
– o –
**VIRGIN ISLANDS POLICE DEPARTMENT**
OFFICE OF THE POLICE COMMISSIONER

**LT. JORGE L. GONZALEZ**
**FIREARMS SUPERVISOR**

ALEXANDER A. FARRELLY
JUSTICE CENTER
CHARLOTTE AMALIE
ST. THOMAS, V.I. 00802
(340) 774-2310

LEANDER JURGEN
COMMAND
CRUZ BAY
ST. JOHN, V.I. 00830
(340) 693-8880

POLICE OPERATIONS AND
ADMINISTRATIVE
SERVICES
# 45 MARS HILL,
FREDERIKSTED
ST. CROIX, V.I. 00841

PATRICK SWEENEY
HD'QTRS.
RR-02, KINGHILL
ST. CROIX V.I. 00850
(340) 778-2211

**DATE:MARCH 16.2026**

**FIREARM RELEASE COUPON**

I HEREBY GRANT permission **BRADLEY KEYS** with magazine(s) not to exceed 10 rounds.

| MAKE | CALIBER | TYPE | MODEL | SERIAL NUMBER |
|------|---------|------|-------|---------------|
| ██████ | ████ | SHOTGUN | ████ | UNKNOWN |

**BRADLEY KEYS**

5/28/24
DATE

**MARIO BROOKS**
Police Commissioner

08/19/2026
DATE

FACSIMILE: (340) 714- 9820 ST. THOMAS • (340) 778-1193 ST. CROIX • (340) 776-6236 ST. JC





Government of
The United States Virgin Islands
– O –
**VIRGIN ISLANDS POLICE DEPARTMENT**
**OFFICE OF THE POLICE COMMISSIONER**

**LT. JORGE L. GONZALEZ**
**FIREARMS SUPERVISOR**

ALEXANDER A. FARRELLY
JUSTICE CENTER
CHARLOTTE AMALIE
ST. THOMAS, V.I. 00802
(340) 774-2310

LEANDER JURGEN
COMMAND
CRUZ BAY
ST. JOHN, V.I. 00830
(340) 693-8880

POLICE OPERATIONS AND
ADMINISTRATIVE
SERVICES
# 45 MARS HILL,
FREDERIKSTED
ST. CROIX, V.I. 00841

PATRICK SWEENEY
HD'QTRS.
RR-02, KINGHILL
ST. CROIX V.I. 00850
(340) 778-2211

**DATE: December 18, 2025**

### FIREARM RELEASE COUPON

I HEREBY GRANT permission **BRADLEY KEYS** of his firearm, with magazine(s) not to exceed 10 rounds.

| MAKE | CALIBER | TYPE | MODEL | SERIAL NUMBER |
|------|---------|------|-------|---------------|
| ▮ | ▮ | rifle | ▮ | UNKNOWN |

**BRADLEY KEYS**                              2/11/26
                                                    DATE

**MARIO BROOKS**                            01/21/2026
Police Commissioner                          DATE

ACSIMILE: (340) 714- 9820 ST. THOMAS • (340) 778-1193 ST. CROIX • (340) 776-6236 ST. JOHN