# Exhibit C

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

THE GOVERNMENT OF THE VIRGIN
ISLANDS, THE VIRGIN ISLANDS
POLICE DEPARTMENT, AND MARIO
BROOKS, in his official capacity as Police
Commissioner of the territory of the Virgin
Islands,

                Defendants.

Case No. **3:2025-CV-00050**

## <u>DECLARATION OF BRADLEY KEYS</u>

1. My name is Bradley Ryan Keys; I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. From on or about April 2026 to on or about end of May 2026 the Virgin Islands Police Department ceased issuing firearms licenses due to technical issues. I know this because I was told by one of the firearms department employees that the license printer was broken and an unknown amount of time until it is fixed.

3. The Virgin Islands Police Department issues firearms licenses for AR-15 style rifles that restrict possession to the home. I know this because my license issued on 01.24.24 for my Freedom Ordnance FX-9 AR-15 style rifle license has "HOME PROTECTION" written on the license. I also have a license issued on 01.14.2026 for my IWI Zion AR-15 style rifle that has "(H&R) LONG GUN" written on it. I believe that stands for Home and Range use.

1

4.  The Virgin Islands Police Department issues firearms licenses that prohibit the use of the licensed firearm with a magazine that holds more than 10 rounds. I know this because both of my two recent firearm release coupon have the statement "with magazine(s) not to exceed 10 rounds". One was signed and dated by the police commissioner on 01/21/2026 and the other was signed 03.19.2026

5.  I, Bradley Keys, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.


Executed on May 29, 2026.


_____
Bradley Keys, DC