# Exhibit D

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE GOVERNMENT OF THE VIRGIN
ISLANDS, THE VIRGIN ISLANDS
POLICE DEPARTMENT, AND MARIO
BROOKS, in his official capacity as Police
Commissioner of the territory of the Virgin
Islands,

Defendants.

Case No. **3:2025-CV-00050**

**DECLARATION OF ZACHARY G. ZOOK**

1. My name is Zachary G. Zook. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2. From on or about April 7, 2026, to on or about May 13, 2026, the Virgin Islands Police Department ceased issuing firearms licenses due to technical issues. I know this because, when I attempted to register a firearm, VIPD told me that, due to mechanical issues with computers and card printers, I would not be able to complete the registration process "until it is fixed." Nearly a month later, a VIPD officer called me on the phone and told me to come in and complete the process "because the machine is currently working but we don't know for how long." A VIPD officer told me the only acceptable form of payment is cash "because we don't have internet today." I completed the process.

1

3.  The Virgin Islands Police Department prohibits the purchase of a firearm with a magazine that holds more than 10 rounds. I know this because, when purchasing a 9mm firearm, the firearms dealer I purchased it from excluded the 15-round magazines normally included with the pistol (new in box). The dealer told me that VIPD prohibits dealers from selling or distributing magazines with a capacity greater than 10 rounds. I inquired at VIPD about this issue and a VIPD officer told me "it has to be ten rounds or under for the magazines" but did not provide an explanation as to the reasoning for this rule.

4.  I, Zachary G. Zook, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Executed on May 29, 2026.

_____
Zachary G. Zook