# Exhibit F



(https://vipd.vi.gov)



English ⌄

# FIREARMS BUREAU SERVICE UPDATE – ST. THOMAS

The Virgin Islands Police Department (VIPD) advises the public that, effective Monday, March
20, 2026, and until further notice, the Firearms Bureau on St. Thomas is operating on a limited-service basis due to technical difficulties.

At this time, the Firearms Bureau will only be accepting firearm-related applications. All other
services are temporarily suspended.

The VIPD is actively working to resolve the issue and restore full operations as quickly as possible. Once all services have resumed, a public notification will be issued.

The Department appreciates the community's patience and understanding during this time.

< Previous
Increased Theft in Hyundai and Kia Vehicles (https://vipd.vi.gov/news/increased-theft-in-hyundai-and-kia-vehicles-on-st-croix/)

Next >
Kadrion Lomack Extradited to Face (https://vipd.vi.gov/news/kadrion-lomack-extradited-to-face-fraud-charges/)