**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br><br> Plaintiff, <br><br> v. <br><br> THE GOVERNMENT OF THE VIRGIN ISLANDS, THE VIRGIN ISLANDS POLICE DEPARTMENT, AND MARIO BROOKS, in his official capacity as Police Commissioner of the territory of the Virgin Islands, <br><br><br> Defendants. | Case No. 3:2025-CV-50 |

## <u>REQUEST TO ENTER PRELIMINARY INJUNCTION FORTHWITH</u>

Plaintiff requests the Court to grant forthwith its June 10, 2026, Motion for Preliminary Injunction [ECF 46] (the "Motion").  Pursuant to LRCi 6.1(b)(2), Defendants were required to file a response to the Motion by June 24, 2026.  Defendants failed to file a response of any kind or otherwise communicate with Plaintiff or the Court about whether they ever will.[1]

When a party fails to respond to a motion, the Court may assume the truth of all facts set forth in the motion and grant the requested relief if doing so is appropriate based on the merits of the motion.  *See Anchorage Assocs. v. Virgin Islands Bd. of Tax Rev.*, 922 F.2d 168, 176 (3d Cir.

---

[1] Unfortunately, this is not the first time Defendants have flouted deadlines in this case.  The Court ordered the parties to exchange their Rule 26(a)(1) disclosures by May 1, 2026 [ECF 21].  Defendants provided their disclosures eight days after the Court's deadline.  Defendants also filed a frivolous request to extend deadlines [ECF 23] that the Court summarily denied.  Defendants are making every effort to delay and frustrate the progression of this case.  The United States will not stand idly by while Defendants engage in these dilatory tactics as Virgin Islanders are unable to exercise their Second Amendment rights due to Defendants' unconstitutional practices.

1990).  Here, for the reasons explained in the Motion, Plaintiff has satisfied the criteria for a preliminary injunction.

Defendants' strategy in this case is clear: delay, obfuscate, and ignore their obligations under the Rules of Civil Procedure and this Court's orders.  The Court should not tolerate these tactics, and Plaintiff respectfully requests that the Court issue the requested preliminary injunction forthwith.  A proposed order is attached.

DATED: June 26, 2026

ADAM SLEEPER
United States Attorney

ANGELA P. TYSON-FLOYD
Assistant United States Attorney

1108 King Street, Suite 201
Christiansted, VI 00820
340-773-3920
angela.p.tyson-floyd@usdoj.gov

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

GREGORY DOLIN
Senior Counsel

 /s/ William J. Hanrahan
_____
WILLIAM J. HANRAHAN
ANDREW COFFARELLI
Trial Attorneys
Second Amendment Section

950 Pennsylvania Ave NW
Washington, DC 20530
202-598-5271
william.hanrahan@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA

2