IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
ST. THOMAS & ST. JOHN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:25-cv-50-ER-GAT |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOVERNMENT OF THE VIRGIN | ) | |
| ISLANDS, THE VIRGIN ISLANDS | ) | |
| POLICE DEPARTMENT, and MARIO | ) | |
| BROOKS, in his official capacity as Police | ) | |
| Commissioner of the territory of the Virgin | ) | |
| Islands, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Before the Court is the United States of America's ("Plaintiff") motion for a preliminary injunction. [ECF #46], filed on June 10, 2026; its June 26, 2026, request to enter preliminary injunction forthwith, considering the failure by the Government of the Virgin Islands ("Defendant") to timely respond [ECF #48]; and, finally, the Defendant's tardy opposition to the Plaintiff's motion for a preliminary injunction, combined with a motion to dismiss under Fed. R. Civ. P. §12(b)(1) [ECF #49] filed on June 28, 2026.[1]

Separately, the Court has taken judicial notice of recent legislative changes in the Virgin Islands, specifically enactment of the "2026 Second Amendment Rights and Public Safety Act," which purports to bring the territory's firearms laws into conformity with recent Supreme Court decisions.  This legislation was signed into law by Virgin Islands Governor Albert Bryan, Jr. on June 24, 2026.

---

[1] The Court has addressed the defendant's failure to timely file a response to the plaintiff's preliminary injunction motion separately in an order to show cause. [ECF # 50]

Considering the pending motions regarding the plaintiff's request for a preliminary injunction, and the intervening enactment of a new Virgin Islands statute which may materially impact the issues being litigated in the instant case, the Court hereby **ORDERS** the parties to appear at a status conference, via Microsoft Teams, to be held on Wednesday, July 8, 2026, at 10:00am.

**DATED**: July 1, 2026                         *s/ Evan Rikhye*

_____
**EVAN RIKHYE**
**United States District Judge**