**IN THE DISTRICT COURT OF THE VIRIN ISLANDS**
**DIVISION OF ST. THOMAS/ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) **CASE NO. 3:2025-CV-00050** |
| | ) |
| **v.** | ) |
| | ) |
| **THE GOVERNMENT OF THE VIRGIN ISLANDS,** | ) |
| **VIRGIN ISLANDS POLICE DEPARTMENT, AND** | ) |
| **MARIO BROOKS, in his official capacity as Police** | ) |
| **Commissioner of the Territory of the Virgin Islands,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## <u>NOTICE</u>

Attorney Smith, counsel of record for Defendants in this matter, is currently out of the country and does not have reliable access to the internet, passwords, or multi-factor authentication. Accordingly, she respectfully requests an extension until July 9, 2026, to respond to the Court's June 30 Order to Show Cause.

I contacted counsel to determine whether they would object to this three-day extension. Although I have never met Planitiff's counsel, Attorney Arrington accused me of delaying proceedings, reminded me that he told me he would be relentless, and that the USVI is using tactics at every turn – scolding me on how I did not think this three-day extension request through. During this uncalled-for attack, he objected to the request.

[Signature on the Following Page]

1

DATED: July 1, 2026                          **BY:**    **/s/ Jalicha Persad**
                                                        **Jalicha Persad, ESQ.**
                                                        Assistant Attorney General
                                                        Bar No. R2078
                                                        V.I. Department of Justice
                                                        34-38 Kronprindsens Gade
                                                        GERS Building, 2nd Floor
                                                        St. Thomas, VI 00802
                                                        Phone: (340) 774-5666 Ext. 10121
                                                        E: Jalicha.persad@doj.vi.gov