IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
ST. THOMAS AND ST. JOHN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:25-cv-00050 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOVERNMENT OF THE VIRGIN | ) | |
| ISLANDS, THE VIRGIN ISLANDS | ) | |
| POLICE DEPARTMENT, and MARIO | ) | |
| BROOKS, in his official capacity as Police | ) | |
| Commissioner of the territory of the Virgin | ) | |
| Islands, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

**THIS MATTER** came on before this Court for a Status Conference on July 8, 2026. To memorialize the schedule as stated on the record, it is hereby

**ORDERED** that the Government of the Virgin Islands ("Defendant") shall file a motion addressing whether enactment of the "2026 Second Amendment Rights and Public Safety Act," brings the Territory's firearms laws into conformity with recent Supreme Court decisions, and if so, whether the United States' complaint should be dismissed pursuant to Fed. R. Civ. P § 12(b)(1). That motion shall be filed no later than Wednesday July 22, 2026, at 5:00 p.m.; and it is further

**ORDERED** that the United States shall file its response no later than Wednesday, July 29, 2026, at 5:00 p.m.  Thereafter, the Court shall hear oral arguments from the parties on Wednesday, August 19, 2026, at 10:00 a.m., before District Judge Evan Rikhye in St. Thomas Courtroom 1. Counsel for the parties shall appear in person. It is finally

**ORDERED** that pending the Court's decision, after all due consideration of the parties' written submissions and oral arguments, the Court will permit the United States to file an amended complaint at a date to be determined.

DATED: July 9, 2026

 s/ Evan Rikhye
EVAN RIKHYE
United States District Judge