**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISON OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 3:2025-CV-00050 |
| | ) |
| v. | ) |
| | ) |
| THE GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| VIRGIN ISLANDS POLICE DEPARTMENT, AND | ) |
| MARIO BROOKS, in his official capacity as Police | ) |
| Commissioner of the Territory of the Virgin Islands, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**EMERGENCY MOTION TO STAY BRIEFING [ECF NO. 56]**
**PENDING RULING ON MOTION TO**
**WITHDRAW OR AMEND ADMISSIONS**

COME NOW the Government of the Virgin Islands, Virgin Islands Police Department, and Mario Brooks, in his official capacity (hereinafter "GVI") and hereby request a brief stay of the July 22 deadline in Briefing Order [ECF No. 56] pending a ruling on the simultaneously filed GVI's Motion to Withdraw or Amend RFAs. While the GVI concedes that the RFAs were untimely to the USA, the missed deadline was a result of human error and not a result of dilatory actions of the GVI. (See Exhibit A- Affidavit of Marica Hendricks).   Undersigned counsel is concerned that the briefing due on July 22, 2026 [ECF No. 56] will ultimately be a summary proceeding dispositive of the merits and the contradictions that will arise between Act No. 9113 and admissions regarding the repealed law and misleadingly affirm that facts [conduct] "admitted" in the RFAs is still ongoing.  This presents an inherent conflict with assertions in the GVI's Answer in February 2026. [ECF No. 12] which represents that the conduct complained of had already ceased.

USA v. GVI,VIPD & Brooks
Case No. 3:2025-cv-00050
Emergency Motion for Brief Stay of Briefing [ECF No. 56]
Page 2

This contradiction of facts is inevitable as the USA has previously referred to and argued

the conclusive nature and effect of the RFA related to the conduct of the VIPD. [ECF No. 54]

Accordingly, the GVI respectfully requests that unless the Court imposes a Stay of Briefing

pending its ruling on the GVI Motion to Withdraw or Amend RFAs.

**DATED: July 16, 2026**

**RESPECTFULLY SUBMITTED,**
**GORDON C. RHEA, ESQ.**
**ATTORNEY GENERAL**

**BY:**   **/s/Ariel M. Smith**
**ARIEL M. SMITH, ESQ.**
Assistant Attorney General
Bar No. 532
V.I. Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802
Phone: (340) 774-5666
E: ariel.smith@doj.vi.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 16, 2026, I have caused an exact copy of the foregoing to be
served electronically through the e-filing system upon the following counsel and all other
counsel of record:

Angela P. Tyson-Floyd
Assistant United States Attorney
Civil Chief & Financial Lit. Coordinator
1108 King Street, Suite 201
Christiansted, VI 00820
Email: angela.p.tyson-floyd@usdoj.gov

William Hanrahan  William.hanrahan@uddoj.gov

Barry K. Arrington barry.arrington@usdoj.gov

/s/ Ariel M. Smith_____