**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) **CASE NO. 3:2025-CV-00050** |
| | ) |
| **v.** | ) |
| | ) |
| **THE GOVERNMENT OF THE VIRGIN ISLANDS,** | ) |
| **VIRGIN ISLANDS POLICE DEPARTMENT, AND** | ) |
| **MARIO BROOKS, in his official capacity as Police** | ) |
| **Commissioner of the Territory of the Virgin Islands,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## <u>ORDER</u>

Before the Court is the GVI's Emergency Motion to Stay Briefing docketed at ECF No. 56, pending ruling on Motion to Withdraw or Amend Request for Admissions [ECF No.59]. In support of its Emergency Motion to Stay Briefing, the GVI has simultaneously filed its Motion to Withdraw or Amend USA Request for Admissions. After due deliberation and consideration, it is hereby

ORDERED that the GVI's Emergency Motion to Stay Briefing docketed at ECF No. 56 is GRANTED; and it is

ORDERED that a copy of this Order shall be granted to all counsel of record.

DATED: July ____, 2026                    By: _____
                                                                Judge Evan Rikhye
                                                                District Court of the Virgin Islands

Attest: _____
             Clerk of the District Court