# EXHIBIT

# C

**VIRGIN ISLANDS CODE**
**TITLE 23 INTERNAL SECURITY AND PUBLIC ORDER**
**CHAPTER 5**
**CONTROL OF FIREARMS & AMMUNITION**

**REPORT OF LOSS OF FIREARM**

**Title 23 - Internal Security and Public Order**
**Chapter 5 - Control of Firearms and Ammunition**

**§ 471. Report of loss of firearm**

Every person possessing or having under his control a firearm, and who loses the same or finds that it has disappeared, shall report the same to the Commissioner within 10 days, following his discovery of such loss or disappearance, and in the event of his failing to do so such person shall be fined not more than $100.

**§ 472. Appeals**

Any applicant aggrieved by the denial of his application for a license hereunder or any person whose license has been revoked, shall be entitled to judicial review thereof by filing an appeal with the Superior Court of the Virgin Islands within 15 days after the date of the action complained of. Upon such appeal the determinations of the Commissioner as to questions of fact shall be deemed final in the absence of conclusive showing to the Court of fraud or misrepresentation. An appeal hereunder shall not operate to stay the action of the Commissioner. A judgment sustaining a refusal to grant a license shall not bar after one (1) year, a new application; nor shall a judgment in favor of the petitioner prevent the Commissioner from thereafter revoking or refusing to renew such license for any proper cause which may thereafter occur.

**SAFE STORAGE OF FIREARMS**

**Title 23 - Internal Security and Public Order**
**Chapter 5 - Control of Firearms and Ammunition**
**§ 489a. Safe storage of firearms; penalties**

(a) Every person who owns, possesses, purchases, or acquires a firearm, as that word is defined at Section 451(d) of this chapter, shall be responsible for the safe storage of the firearm.

(b) Any person who owns, possesses, purchases, or acquires a firearm, as that word is defined in section 451(d) of this chapter, whose failure to lock or safely store the firearm directly results in a person not licensed to own or possess the firearm to gain access thereto, and said unlicensed person injures or kills himself or another person with said firearm, may be, upon conviction, punished by a fine not to exceed $2,500, imprisonment not to exceed two years, or both, and be subject to forfeiture of his license and firearm. This section shall not be construed as precluding the charge or conviction of any other appropriate violation of law.

(c) It is unlawful to leave a firearm in a motor vehicle unless it is stored in an approved vehicle firearm lockbox. A conviction for violation of this subsection subjects a person to the penalties set forth in subsection (b) of this section.

(d) For purposes of this section, "safe storage" means the storage of a firearm in a locked manner so as to prevent discharge or the storage of a firearm in a safe location that is inaccessible to all except the licensed owner of the firearm. For purposes of this section a firearm is locked when the device

administered by the Department of Health pursuant to the provisions of section 418a of (g) of section 1301 of this title, unless and until such persons (i) have successfully completed the psychological and drug and alcohol abuse tests authorized to be administered by the Department of Health pursuant to the provisions of section 418a of chapter 23 of Title 3, Virgin Islands Code, and (ii) have successfully completed a comprehensive course in the proper handling and use of firearms, including a comprehensive examination at the conclusion thereof.

**8. Firearm Safety Course**: Completion a comprehensive course in a firearm safety course. **Pursuant to Title 23 Chapter 5 § 455 (c) (4).**

**9. Copy of Valid Photo ID issued by the Government of the VI or a United States Passport. Pursuant to Title 23 Chapter 5 § 455 (c) (3).**

Upon receipt of all requested and the license is approved you will be contacted to pick up your purchase coupon.

If the firearm is not newly purchased. Or if it any reason you don't have a bill of sale you will be required to fill out a Certificate of Ownership.

Upon receipt of the firearm, the firearm will be brought to the Virgin Islands Police Department Firearm License Division **(UNLOADED).** The serial number and other information will be entered onto your license prior to you receiving said license.

Applications must be submitted **IN PERSON** at the Firearm License Division, Alexander A. Farrelly Justice Center, Charlotte Amalie St. Thomas, V.I. 00802 (340) 774-2211 and Police Operations and Administrative Services #45 Mars Hill, Frederiksted St. Croix, U.S.V.I. 00840 (340) 778-2211.

If you have any questions concerning your application, please call the Firearms Division (340) 778-2211 St. Croix, (340) 774-2211 St. Thomas.

The License Division's hours of operation are: Monday thru Friday between the hours of 8:30 a.m. to 3:00 p.m.

Applicants must arrive early enough for processing to be completed by the close of business.

<strong>IMPORTANT: READ ALL INSTRUCTIONS</strong><br><strong>An incomplete or incorrect application will delay processing.</strong>

installed on it or incorporated into its design is activated or set to prevent the firearm from being discharged.