# EXHIBIT

# D

 

## VIRGIN ISLANDS POLICE DEPARTMENT
## FIREARMS
## INFORMATION

### ALL APPLICANTS ARE REQUIRED TO SUBMIT THE FOLLOWING:

Only the original application will be accepted. **DO NOT SUBMIT A PHOTOCOPY.**

The application must be completely filled out and presented by you personally at the Firearms License Division.

At the time you submit your application, you must furnish the items listed below that are applicable to you. You must submit original copies of certificates, licenses, etc. In addition, a legible photocopy of each item submitted must accompany the original or certified copy. (A copy certified by the issuing agency as true and complete is also acceptable in lieu of the original.) Your application will not be accepted without producing the required documents.

**1. Fees.**

**VIPD Firearm Application Fee (Initial Fee) pursuant to Title 23 Chapter 5 Section 455 (d);**

**VIPD Firearm (Renewal Fee) pursuant to Title 23 Chapter 5 Section 457 (c); and**

**VIPD Registration of Firearm pursuant to Title23 Chapter 5 Section 459 (c) per firearm.**

These fees are payable by money order or credit card to the Government of the Virgin Islands. The license may be renewed every five (5) years for a fee of Fifty Dollars (**$50.00**) and a certificate of completion from a handgun training class obtained within one-year preceding submittal of the renewal application that includes the original signature of the class instructor.

**2. Photographs.** Every applicant for a Virgin Islands Firearms License shall be photographed upon submitting the application. Do not wear any article of clothing or adornment that obscures your facial features. **Pursuant to Title 23 Chapter 5 § 455 (d) (e).**

**3. Birth Certificate.** In lieu of your birth certificate, some other proof of your birth date, e.g., a military record, U.S. passport or baptismal certificate, must be submitted. **Pursuant to Title 23 Chapter 5 § 455 (a) (4).**

**4. Proof of Citizenship/Alien Registration.** If you were born outside the United States, you must submit your naturalization papers or evidence of citizenship if derived from your parents. All other applicants born outside the United States must submit their Alien Registration Card. If you have lived in this country less than 7 years you must submit a good conduct certificate from your country of origin. **Pursuant to Title 23 Chapter 5 § 454 (a) (2).**

**5. Police Record Check.** A valid Virgin Islands Police record check not more than thirty (30) days old from the Virgin Islands Police Department Records Division. **Pursuant to Title 23 Chapter 5 § 454 (a)(3)(7) and § 455 (c) (1).**

**6. Fingerprint Card.** Valid must be obtained from the Virgin Islands Police Department Records Division. **Pursuant to Title 23 Chapter 5 § 455 (c)(2).**

**7. Security Guard Applicants.** Private Security Guards and Watchman must have successfully completed the psychological and drug and alcohol abuse tests authorized to be

 **GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**    **VIRGIN ISLANDS POLICE DEPARTMENT FIREARM LICENSE APPLICATION**

| | VI Firearm License #: |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal, State Law or Local Laws from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. §921 et. seq., are punishable by up to fifteen years imprisonment and/or up to a $25,000.00 fine. Certain Violations of Title 23 Chapter 5 are punishable by up to five (5) years imprisonment and fines. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000.00 and up to 20 years imprisonment. **READ THE INSTRUCTIONS AND DEFINITIONS ON THIS FORM. FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND/OR REVOCATION OF LICENSE ISSUED.** | |

### A. OWNER INFORMATION

1. Full Name (If legal name contains an initial only, record the initial followed by 'IO" in quotes. If no middle initial or name, record NMN".)

Last Name (including suffix, e.g., Jr, Sr, II, III)          First Name          Middle Name

_____    _____    _____

| 2. State of Residence and Address Number and Street Address for past five (5) years. | 3.City | 4.State | 5. Zip Code | 6. District |
|---|---|---|---|---|
| | | | | ⬤ STX |
| _____ | _____ | _____ | _____ | ⬤ STT-STJ/ Water Island |

| 7. Place of Birth U.S. City and State | 8. Foreign Country | 9. Height Ft.____ In.____ | 10. Weight (lbs) ____ | 11. Sex ◯ Male ◯ Female | 12. Birth Date (mm/dd/yyyy) Month  Day  Year ____ ____ ____ |
|---|---|---|---|---|---|

| 13. Social Security No: | 14. Telephone No. ( )____ | 15. Email Address | 16. Occupation: |
|---|---|---|---|

| 17. Employer: Name: _____  Tel. #:_____ Address :_____  Email:_____ | 21.Firearm Applicant ◯ Conceal Carry ◯ Home/Range/Sports ◯ Security Services/ Watchman/Private Detective, Private Investigator |
|---|---|

| 18.a. Ethnicity ⬤ Hispanic or Latino ⬤ Not Hispanic or Latino | 18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.) ⬤ American Indian or Alaska Native  ⬤ Black or African America  ⬤ White ⬤ Asian  ⬤ Native Hawaiian or Other Pacific Islander  ⬤ Unknown |
|---|---|

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)

◯ United States of America (U.S.A.)    ◯ Other Country/Countries(Specify):_____

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or 194#): _____

| 21. Make | 22. Model | 23. Caliber | 24. Certification of Firearm Safety. ⬤ Yes  ⬤ No |
|---|---|---|---|

USA/VIPD000052



**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE DEPARTMENT FIREARM LICENSE APPLICATION**



| 25. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you under indictment or information in any court for a **felony,** or any other crime for which the judge could imprison you for more than one year, or | O | O |
| b. Have you ever been convicted in any court, including a military court, of a **felony,** or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | O | O |
| c. Are you a fugitive from justice? | O | O |
| d. Are you addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | O | O |
| e. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? Pursuant to 27 C.F.R 478.11? | O | O |
| f. Have you ever been discharged from the Armed Forces under dishonorable conditions? | O | O |
| g. Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | O | O |
| h. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? | O | O |
| i. Have you ever renounced your United States citizenship? | O | O |
| j. Are you an alien **illegally** or **unlawfully** in the United States? | O | O |
| k. Are you an alien who has been admitted to the United States under a non-immigrant visa? | O | O |
| l. Have you been adjudicated negligent in a firearm mishap causing death or injury to another human being? | O | O |
| m. Have you ever been committed to a mental institution? Pursuant to 27 C.F.R 478.11 | O | O |
| n. Have you ever voluntarily admitting to a mental health facility? | O | O |
| o. Have you ever been involuntary committed to a mental health facility by a court in any jurisdiction? | O | O |
| p. Have you completed a firearm safety course taught by a certified firearm instructor? | O | O |
| q. Have you received firearm training in the scope and course of your employment as a law enforcement officer? | O | O |
| r. Has the Virgin Islands or United States or the government of any state or territory or subdivision thereof denied or revoked the applicant's license, registration certificate or permit pertaining to any firearm? | O | O |
| s. Are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | O | O |

**B. Certification**

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for issuance of a firearms registration set forth in **Title 23 Chapter 5 Sections 454 and 455** and that the licensee continues to satisfy each of the requirements set forth in the section. I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for safe storage of Firearms asset forth in **Title 23 Chapter 5 Section 489(a).** I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

**FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND OR REVOCATION OF LICENSE ISSUED**

| 26. Applicant's Signature | 27. Certification Date |
|---|---|
| | Month        Day        Year |

USA/VIPD000053



**GOVERNMENT OF THE VIRGIN
ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE
DEPARTMENT FIREARM
LICENSE APPLICATION**



## STATEMENT OF FIREARM SUPERVISOR

I have investigated all the statements in the application submitted by _____
                                                                                **Name of Applicant**

and find the information contained therein to be  ⬤ **ACCURATE**    ⬤ **INACCURATE.**

**I RECOMMEND**          ⬤ **APPROVAL**

                         ⬤ **DISAPPROVAL (For the following reasons):**

                         _____

                         _____

_____    _____        _____        _____
**Date**      **Rank**              **Name**                      **Badge No.**

## COMMISSIONER'S/DESIGNEE'S ACTION

◯    **APPROVED**

◯    **DISAPPROVED**

**Remarks:**_____

_____

_____            _____
                                          **POLICE COMMISSIONER/DESIGNEE**

USA/VIPD000054



**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE DEPARTMENT FIREARM LICENSE RENEWAL APPLICATION**



| | VI Firearm License #: |
|---|---|
| **WARNING:** The information you provide will be used to determine whether you are prohibited by Federal, State Law or Local Laws from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. §921 et. seq., are punishable by up to fifteen years imprisonment and/or up to a $25,000.00 fine. Certain Violations of Title 23 Chapter 5 are punishable by up to five (5) years imprisonment and fines. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000.00 and up to 20 years imprisonment. **READ THE INSTRUCTIONS AND DEFINITIONS ON THIS FORM. FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND/OR REVOCATION OF LICENSE ISSUED.** | |

### A. Applicant Informatoin

**1. Full Name** (If legal name contains an initial only, record the initial followed by 'IO" in quotes. If no middle initial or name, record NMN".)

Last Name (including suffix, e.g., Jr, Sr, II, III)          First Name                    Middle Name

| 2. Current Residence Address. | 3.City | 4.State | 5. Zip Code | 6. District  ● STX  ● STT-STJ/ Water Island |
|---|---|---|---|---|

| 7. Place of Birth U.S. City and State | 8. Foreign Country | 9. Height  Ft.____  In. ____ | 10. Weight (lbs) | 11. Sex  ○ Male  ○ Female | 12. Birth Date  Month  Day  Year |
|---|---|---|---|---|---|

| 13. Social Security No: | 14. Telephone No. | 15. Email Address | 16. Occupation: |
|---|---|---|---|

| 17. Date Registered(mm/dd/yyyy)  18. Expiration Date(mm/dd/yyyy) | 19. Has firearm(s) been physically inspected?  ● Yes  ● No | 20. Certification of Firearm Safety.  ● Yes  ● No | 21.Firearm Registered  ■ Conceal Carry  ■ Home/Range/Sports  ■ Security Services/ Watchman/Private Detective, Private Investigator |
|---|---|---|---|

| 22. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or | ○ | ○ |
| b. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ○ | ○ |
| .c. Are you a fugitive from justice? | ○ | ○ |
| d. Are you addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ○ | ○ |
| e. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? Pursuant to 27 C.F.R 478.11? | ○ | ○ |
| f. Have you ever been discharged from the Armed Forces under dishonorable conditions? | ○ | ○ |
| g. Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ○ | ○ |
| h. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? | ○ | ○ |
| i. Have you ever renounced your United States citizenship? | ○ | ○ |

USVIVIPD000055



**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE DEPARTMENT FIREARM LICENSE RENEWAL APPLICATION**



| | | |
|---|---|---|
| j. Are you an alien **illegally** or **unlawfully** in the United States? | O | O |
| k. Are you an alien who has been admitted to the United States under a non-immigrant visa? | O | O |
| l. Have you been adjudicated negligent in a firearm mishap causing death or injury to another human being? | O | O |
| m. Have you ever been committed to a mental institution? Pursuant to 27 C.F.R 478.11 | O | O |
| n. Have you ever voluntarily admitting to a mental health facility? | O | O |
| o. Have you ever been involuntary committed to a mental health facility by a court in any jurisdiction? | O | O |
| p. Have you completed a firearm safety course taught by a certified firearm instructor? | O | O |
| q. Have you received firearm training in the scope and course of your employment as a law enforcement officer? | O | O |
| r. Has the Virgin Islands or United States or the government of any state or territory or subdivision thereof denied or revoked the applicant's license, registration certificate or permit pertaining to any firearm? | O | O |
| s. Are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | O | O |

**B. Certification**

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for issuance of a firearms registration set forth in **Title 23 Chapter 5 Sections 454 and 455** and that the licensee continues to satisfy each of the requirements set forth in the section. I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for safe storage of Firearms asset forth in **Title 23 Chapter 5 Section 489(a).** I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

**FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND OR REVOCATION OF LICENSE ISSUED.**

| 23. Applicant's Signature | 24. Certification Date<br>Month          Day          Year |
|---|---|
| _____ | _____      _____      _____ |

## STATEMENT OF FIREARM SUPERVISOR

**I have reviewed all of the statements in the application submitted by** _____
**Name of Applicant**

**and find the information contained therein to be** ● **ACCURATE** ● **INACCURATE.**

**I RECOMMEND** ● **APPROVAL**

● **DISAPPROVAL (For the following reasons):**

_____

_____

| Date | Rank | | Name | Badge No. |
|---|---|---|---|---|

USA/VIPD000056



**GOVERNMENT OF THE VIRGIN
ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE
DEPARTMENT FIREARM
LICENSE RENEWAL APPLICATION**



## COMMISSIONER'S/DESIGNEE'S ACTION

◯   **APPROVED**

◯   **DISAPPROVED**

Remarks:_____

_____

_____

_____

**POLICE COMMISSIONER/DESIGNEE'S**

USA/VIPD000057



**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE DEPARTMENT FIREARM REGISTRATION APPLICATION**



| WARNING: The information you provide will be used to determine whether you are prohibited by Federal, State Law or Local Laws from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. §921 et. seq., are punishable by up to fifteen years imprisonment and/or up to a $25,000.00 fine. Certain Violations of Title 23 Chapter 5 are punishable by up to five (5) years imprisonment and fines. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000.00 and up to 20 years imprisonment. **READ THE INSTRUCTIONS AND DEFINITIONS ON THIS FORM. FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND/OR REVOCATION OF LICENSE ISSUED.** | VI Firearm License #: _____ |

## A. OWNER INFORMATION

1. Full Name (If legal name contains an initial only, record the initial followed by 'IO" in quotes. If no middle initial or name, record NMN".)

Last Name (including suffix, e.g., Jr, Sr, II, III) _____    First Name _____    Middle Name _____

| 2. Current State of Residence and Address Number and Street Address _____ | 3. City _____ | 4. State _____ | 5. Zip Code _____ | 6. District<br>○ STX<br>○ STT-STJ/ Water Island |

| 7. Place of Birth U.S. City and State -OR- _____ | 8. Foreign Country _____ | 9. Height<br>Ft.____<br>In. ____ | 10. Weight (lbs) _____ | 11. Sex<br>Male ◉<br>Female ○ | 12. Birth Date (mm/dd/yyyy)<br>Month  Day  Year<br>____ ____ ____ |

| 13. Social Security No: _____ | 14. Telephone No. _____ | 15. Email Address _____ | 16. Occupation: _____ |

## B. FIREARM (S) Information (To report additional firearm(s) copy and attach additional applications)

| 17. Firearm Type<br>● Handgun ● Rifle ● Shotgun | 18. Category _____ | 19. Serial Number _____ |

| 20. Make _____ | 21. Model _____ | 22. Caliber _____ | 23. Barrel Length<br>● IN.<br>● CM. | 24. Renewal?<br>● Yes ● No |

| 25. Firearm Registered<br>■ Conceal Carry ■ Security Services/ Watchman/Private Detective, Private Investigator<br>■ Home/Range/Sports | 26. Is Firearm in Law Enforcement Custody?<br>○ Yes ● No | 27. Applicant has other Registration Certificates<br>● Yes ● No<br>If Yes: _____ |

| 28. Date Registered(mm/dd/yyyy) _____<br><br>29. Expiration Date(mm/dd/yyyy) _____ | 30. Acquired From:<br>● Gun Show ● Family Member (Specify Relationship) _____<br>● Private Party ● FFL (Federal Firearm License) ● Other _____ |

| 31. Acquired From:<br>Name : _____<br>Telephone #: _____<br>Address : _____ | 32. Has firearm been physically inspected?<br>● Yes ○ No | 33. Certification of Firearm Safety.<br>● Yes ● No |

USA/VIPD000058



**GOVERNMENT OF THE VIRGIN ISLANDS OF THE UNITED STATES**

**VIRGIN ISLANDS POLICE DEPARTMENT FIREARM REGISTRATION APPLICATION**



### C. Certification

I certify that my answers **are** true, correct, and complete.  I have read and understand the Notices, Instructions, and definitions on VIPD Firearm Registration Application. I certify that I have reviewed the requirements as set forth in **Title 23 Chapter 5 Sections 454, 455, 457  and 459** and that the licensee continues to satisfy each of the requirements set forth in the sections I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for issuance of a firearms registration set forth in **Title 23 Chapter 5 Section 459 and** that the licensee continues to satisfy each of the requirements set forth in the section. I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

I certify that my answers are true, correct, and complete. I certify that I have reviewed the requirements for safe storage of Firearms asset forth in **Title 23 Chapter 5 Section 489(a).** I also understand that making any false oral or written statement or exhibiting any false or misrepresented identification with respect to this Application is a felony under Federal law and may also violate State and/or local law.

**FALSE STATEMENTS CONSTITUTE PERJURY AND WILL RESULT IN DISAPPROVAL OF THIS APPLICATION AND.OR REVOCATION OF LICENSE ISSUED.**

| 34. Applicant's Signature | 35. Certification Date |
|---|---|
|  | Month          Day          Year |

## STATEMENT OF FIREARM SUPERVISOR

**I have investigated all the statements in the application submitted by** _____

Name of Applicant

**and find the information contained therein to be** ● **ACCURATE** ● **INACCURATE.**

**I RECOMMEND** ● **APPROVAL**

● **DISAPPROVAL (For the following reasons):**

_____

_____

Date          Rank          Name          Badge No.

USA/VIPD000059