# EXHIBIT

# E

DECLARATION OF COMPLIANCE AND CESSATION OF UNCONSTITUTIONAL PRACTICES
United States v. Government of the Virgin Islands, et al., 3:25-cv-00050
Page 1

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,

                                        Plaintiff,                    Case No. 3:2025-CV-00050

                    v.

THE GOVERNMENT OF THE VIRGIN
ISLANDS, THE VIRGIN ISLANDS
POLICE DEPARTMENT, AND MARIO
BROOKS, in his official capacity as Police
Commissioner of the territory of the Virgin
Islands,

                                        Defendants.

## DECLARATION OF COMPLIANCE AND CESSATION OF
## UNCONSTITUTIONAL PRACTICES

I, **MARIO M. BROOKS,** Commissioner of the Virgin Islands Police Department

execute under oath and file with the Court a Declaration stating:

1. That the Virgin Islands Police Department has permanently ceased, terminated, rescinded, and withdrawn all policies, customs, practices, procedures, directives, forms, requirements, interpretations, and enforcement activities that are inconsistent with the Second Amendment to the United States Constitution, New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1 (2022), District of Columbia v. Heller, 554 U.S. 570 (2008), and Virgin Islands Act No. 9113.

2. That any prior practice requiring an applicant to demonstrate a "proper reason," "good reason," "special need," "justifiable need," heightened threat, extraordinary circumstance, good moral character determination, or any other discretionary showing beyond objective statutory qualifications has ceased and shall not be enforced.

3. That any prior practice requiring consent to a warrantless home inspection, residence inspection, home visit, or other search of private property as a condition of obtaining, renewing, or maintaining a firearm license has ceased and shall not be enforced.

4. That any prior practice requiring the purchase, installation, bolting, anchoring, inspection, or approval of a firearm safe as a condition of licensure, beyond requirements expressly imposed by law, has ceased and shall not be enforced.

5. That all application forms, policy manuals, departmental directives, training materials, standard operating procedures, electronic records, and public guidance documents containing such requirements have been amended or withdrawn.

**DECLARATION OF COMPLIANCE AND CESSATION OF UNCONSTITUTIONAL PRACTICES**
United States v. Government of the Virgin Islands, et al., 3:25-cv-00050
Page 2

6. That written notice of this Declaration has been provided to all officers, supervisors, investigators, licensing personnel, and employees involved in the administration of firearm licensing laws.

7. That no applicant shall be denied, delayed, burdened, discouraged, or subjected to additional conditions based upon any policy or practice declared unconstitutional by the Supreme Court of the United States.

8. That all pending and future applications shall be reviewed solely under objective criteria authorized by law and consistent with the Constitution of the United States.

9. That the Commissioner acknowledges a continuing duty to ensure compliance with this Order and shall immediately rescind any future policy, practice, or directive determined to conflict with Bruen, Heller, Act No. 9113, or any subsequent controlling federal authority.

10. That any violation of this Declaration shall constitute noncompliance with the Court's Order and may subject the responsible parties to further equitable relief and contempt proceeding.

11. The responses are true and correct to the best of my knowledge, information, and belief.

12. I declare under penalty of perjury that the foregoing is true and correct.


**DATED:**

**MARIO M. BROOKS**
**Commissioner**
**Virgin Islands Police Department**

SUBSCRIBED and SWORN to
before me this _16_ day
of July 2026.

**Notary Public**
**My Commission Expires:**

Felicia P. Brazier
Notary Public
NP-840-25
My Commission Expires: March 17, 2029
St. Thomas/St. John, U.S. Virgin Islands

