**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) **CASE NO. 3:2025-CV-00050** |
| | ) |
| **v.** | ) |
| | ) |
| **THE GOVERNMENT OF THE VIRGIN ISLANDS,** | ) |
| **VIRGIN ISLANDS POLICE DEPARTMENT, AND** | ) |
| **MARIO BROOKS, in his official capacity as Police** | ) |
| **Commissioner of the Territory of the Virgin Islands,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION TO FILE GVI 12(b)(1) MOTION OUT OF TIME**

COME NOW, the Government of the Virgin Islands, Virgin Islands Police Department and Commissioner Brooks in his official capacity (herein "GVI"), and herein respectfully requests permission to file the GVI's Rule 12(b)(1) Motion out of time. The responsibility for the late filing lies with counsel. Undersigned counsel, in haste to file both motions before the close of business, had not confirmed that GVI's 12(b)(1) motion was filed prior to filing the GVI Motion to Strike. The Court's internal system, if it tracks activity should reflect the upload of motion and exhibits related to the GVI 12(b)(1) motion but undersigned inadvertently did not finalize the filing and instead proceeded to file the GVI's Motion to Strike. Undersigned counsel again apologizes for inconvenience that was caused by its delayed filing.

This misstep came to undersigned attention this morning when checking for email confirmation which should have been done yesterday afternoon. Only then did the undersigned realize that only the GVI Motion to Strike was reflected as filed. In an attempt to mitigate further delay, undersigned at the open of business on July 23, 2026 immediately filed the motion and supporting exhibits, that I mistakenly believed were timely filed on July 22.

Undersigned counsel of course would have no basis to object to any brief extension that the Court may wish to grant to counsel for the USA. Counsel's actions in may were intended to be any disrespect to the Court.

| | |
|---|---|
| **DATED: July 23, 2026** | **RESPECTFULLY SUBMITTED,**<br>**GORDON C. RHEA, ESQ.**<br>**ATTORNEY GENERAL** |

**BY:**  **/s/Ariel M. Smith**
**ARIEL M. SMITH, ESQ.**
Assistant Attorney General
Bar No. 532
V.I. Department of Justice
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, VI 00802
Phone: (340) 774-5666
E: ariel.smith@doj.vi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I have caused an exact copy of the foregoing to be served electronically through the e-filing system upon the following counsel and all other counsel of record:

Angela P. Tyson-Floyd
Assistant United States Attorney
Civil Chief & Financial Lit. Coordinator
1108 King Street, Suite 201
Christiansted, VI 00820
Email: angela.p.tyson-floyd@usdoj.gov

William Hanrahan  William.hanrahan@uddoj.gov

Barry K. Arrington barry.arrington@usdoj.gov

/s/ Ariel M. Smith_____