**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED STATES OF AMERICA,

                      Plaintiff,

     v.

THE GOVERNMENT OF THE VIRGIN
ISLANDS, THE VIRGIN ISLANDS
POLICE DEPARTMENT, AND MARIO
BROOKS, in his official capacity as Police
Commissioner of the territory of the Virgin
Islands,

                      Defendants.

Case No. **3:2025-CV-00050**

**NOTICE OF SERVICE OF UNITED STATES'**
**REQUEST FOR DISCOVERY CONFERENCE**

Plaintiff, United States of America, by and through the undersigned counsel, pursuant to

LRCi 26.1(a), provides notice of service of its request for a discovery conference to Defendants'

counsel, Ariel M. Smith, via email at ariel.smith@doj.vi.gov, on July 29, 2026.

DATED: July 30, 2026

ADAM SLEEPER
United States Attorney

ANGELA P. TYSON-FLOYD
Assistant United States Attorney

1108 King Street, Suite 201
Christiansted, VI 00820
340-773-3920
angela.p.tyson-floyd@usdoj.gov

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

United States v. Government of the Virgin Islands, et al., 3:25-cv-00050
Notice of Service of United States' Request for Discovery Conference
Page 2 of 2

GREGORY DOLIN
Senior Counsel


/s/ William J. Hanrahan
_____

WILLIAM J. HANRAHAN
ANDREW M. COFFARELLI
Trial Attorneys
Second Amendment Section

950 Pennsylvania Ave NW
Washington, DC 20530
202-598-5271
william.hanrahan@usdoj.gov
andrew.coffarelli@usdoj.gov

*Attorneys for Plaintiff*
UNITED STATES OF AMERICA