**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **Case No. 3:25-cv-00050** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE GOVERNMENT OF THE VIRGIN | ) | |
| ISLANDS, THE VIRGIN ISLANDS | ) | |
| POLICE DEPARTMENT, and MARIO | ) | |
| BROOKS, in his official capacity as | ) | |
| Police Commissioner of the territory of | ) | |
| the Virgin Islands, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

COMES NOW, Plaintiff the United States of America, by and through its counsel, Adam F. Sleeper, United States Attorney for the District of the Virgin Islands and hereby advises the Court that Assistant U.S. Attorney A. Brian McIntosh will be representing the United States of America in the above-captioned civil case as co-counsel. Henceforth, please direct all pleadings, motions, and correspondence to Assistant U.S. Attorney A. Brian McIntosh's attention at his address in the signature below.

Respectfully submitted,

**ADAM F. SLEEPER**
UNITED STATES ATTORNEY

Dated: August 7, 2026            By:    *s/ A. Brian McIntosh*
                                        A.  Brian McIntosh
                                        Assistant United States Attorney
                                        Office of the U.S. Attorney
                                        Ron de Lugo Federal Building
                                        5500 Veterans Drive, Suite 260
                                        St. Thomas, VI 00802-6424
                                        Telephone: 340-715-9419
                                        Brian.McIntosh@usdoj.gov